IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01488-GPG

MARVIN R. JONES,

    Plaintiff,

v.

SPECIALIZED LOAN SERVICING LLC,

    Defendant.

---

ORDER DRAWING CASE

---

After review pursuant to 28 U.S.C. § 1915, the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge. See D.C.COLO.LCivR 40.1(a). Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.

DATED July 15, 2015, at Denver, Colorado.

                                              BY THE COURT:

                                              S/ Gordon P. Gallagher

                                              United States Magistrate Judge