UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 15-CV-01488-REB-NYW

MARVIN R. JONES,

    Plaintiff,

v.

SPECIALIZED LOAN SERVICING, LLC,

    Defendant.

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Specialized Loan Servicing, LLC ("SLS") states that it is a nongovernmental corporate party to this proceeding. SLS is a limited liability company formed in the State of Delaware. SLS is wholly owned by Specialized Loan Servicing Holdings LLC, a limited liability company formed in the State of Delaware, whose ultimate parent is Computershare Limited, a publicly traded company on the Australian stock exchange. SLS does not issue stock such that no publicly held corporation owns ten percent or more of SLS's stock.

Respectfully submitted this 21st day of August, 2015.

*s/ Jennifer S. Harpole*
Jennifer S. Harpole
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO  80202
Telephone:  303.629.6200
Fax:  303.629.0200
jharpole@littler.com

ATTORNEYS FOR DEFENDANT
SPECIALIZED LOAN SERVICING LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of August 2015, a true and correct copy of the foregoing **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** was filed via CM/ECF and sent via US Mail to the address below.  The duly signed original is on file at the office of Littler Mendelson, P.C.:

Marvin R. Jones
14399 E. Grand Dr.
#140
Aurora, CO 80015
720-690-6626

*s/ Douglas P. Grabowski*
Douglas P. Grabowski

Firmwide:135424420.1 078197.1000