UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2015 SEP -8 AM 10: 26

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Case No. 15-cv-01488-REB-NYW

MARVIN R. JONES

      Plaintiff,

V.

SPECIALIZED LOAN SERVICING LLC,

A Delaware Limited Liability Company

      Defendant.

## UNOPPOSED MOTION FOR CONTINUANCE FOR THE SCHEDULING CONFERENCE

      I, Marvin R. Jones respectfully request a formal unopposed continuance for the scheduling conference scheduled for September 15th, 2015. Please grant a 30-day extension to October 15th, 2015 for the scheduling conference, because I have an attorney reviewing my file that might want to add some additional content and time frames to our scheduling conference.

Please see the attachment from the defendant's counsel.

Thank You


Marvin R. Jones

# Marvin Jones

| | |
|---|---|
| **From:** | M J <lajonzinc@yahoo.com> |
| **Sent:** | Friday, September 04, 2015 11:31 AM |
| **To:** | Marvin Jones |
| **Subject:** | Fw: RE: Jones v. SLS - Proposed Scheduling Order |

Sent from Yahoo Mail on Android

From:"Harpole, Jennifer S." <JHarpole@littler.com>
Date:Mon, Aug 31, 2015 at 9:07 AM
Subject:RE: Jones v. SLS - Proposed Scheduling Order

Mr. Jones,

Following up on our call on Friday, SLS does not oppose your filing a motion to reset the scheduling conference to push it back for up to 30 days to allow you time to retain an attorney to represent you. As we discussed, I suggest you file this as an unopposed motion. Please let me know if there's anything additional you need from me before you file your motion.

Thanks,

Jennifer

**Jennifer S. Harpole**, Attorney At Law

303.362.2868 direct   720.431.8221 mobile   303.484.3926 fax   JHarpole@littler.com

1900 Sixteenth Street, Suite 800 | Denver, CO 80202-5835

  littler.com
Employment & Labor Law Solutions Worldwide

**From:** Harpole, Jennifer S.
**Sent:** Tuesday, August 25, 2015 12:09 PM
**To:** 'lajonzinc@yahoo.com'
**Subject:** Jones v. SLS - Proposed Scheduling Order

1