**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 15-CV-01488-REB-NYW

MARVIN R. JONES,

    Plaintiff,

v.

SPECIALIZED LOAN SERVICING, LLC,

    Defendant.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Plaintiff Marvin R. Jones ("Plaintiff") Unopposed Motion for Continuance for the Scheduling Conference, filed on September 8, 2015 [#14] (the "Motion"). Pursuant to the Order Referring Case dated July 17, 2015 [#7] and the Memorandum dated September 8, 2015 [#15], the Motion is before this Magistrate Judge.

    IT IS ORDERED that the Motion is GRANTED.  Accordingly, IT IS ORDERED that:

(1) The previously set September 15, 2015 Scheduling Conference is hereby VACATED;
(2) The Scheduling Conference is hereby re-set to **October 16, 2015 at 10:30 a.m.**;
(3) The Parties shall submit their proposed scheduling order, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, no later than **October 9, 2015**.

DATED: September 8, 2015