Marvin R. Jones, Plantiff v.
Specialized Loan Servicing, LLC, Defendant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2015 OCT 30 PM 2:44

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

**Case No. 15-cv-01488-REB-NYW**

**Computations of Damages for Marvin R. Jones**

**Recovery Manager:** Wages, Salary, Commisions, Bonuses, etc = $150,000 / Per Year

**Monetary Relief   Back Pay**

| Year | But For Income | Mitigated Income | Total Per Year |
|---|---|---|---|
| 2010 | $75,000 | $15,000 | $60,000 |
| 2011 | $150,000 | $10,000 | $140,000 |
| 2012 | $150,000 | $66,857 | $83,143 |
| 2013 | $150,000 | $24,380 | $125,620 |
| 2014 | $150,000 | $25,097 | $124,003 |
| 2015 | $150,000 | $25,000 | $125,000 |
| 2016 | $150,000 | $30,500 | $119,500 |
| **Total Back Pay** | | | **$777,266** |

**Compensatory Damages**

| Nonpecuniary Losses | | | Damages |
|---|---|---|---|
| 1. Emotional harm such as emotional pain, suffering, inconvenience, mental anguish, and loss of enjoyment of life | | | $75,000 |
| 2. Injury to professional standing, injury to character and reputation, | | | $75,000 |
| **Total** | | | **$150,000** |

| Punitive | Damages | Total | $475,000 |
|---|---|---|---|

| Monetary Relief | Back Pay | | $777,266 |
|---|---|---|---|
| Nonpecuniary Losses | | | $150,000 |
| Punitive | Damages | | $475,000 |
| **Total Computated Damages** | | | **$1,402,266** |