# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01488-REB-NYW

MARVIN R. JONES,

    Plaintiff,

v.

SPECIALIZED LOAN SERVICING, LLC,

    Defendant.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Nina Y. Wang

    This matter is before the court on the Motion for Damages [#22] filed by *pro se* Plaintiff Marvin R. Jones ("Plaintiff" or "Mr. Jones") on October 30, 2015. The Motion for Damages was referred to this Magistrate Judge pursuant to 28 U.S.C. § 636(b), the Order of Reference dated July 17, 2015 [#7], and the memorandum dated November 3, 2015 [#24]. During the Scheduling Conference, this court ordered Mr. Jones to supplement the computation of damages that appears in section 5 of the Scheduling Order. [#20; #21 at 7].

    The court construes the pending Motion for Damages as Mr. Jones' compliance with the court's prior order. Therefore, **IT IS ORDERED:**

    (a)    Plaintiff's Motion for Damages is **GRANTED**, insofar as it seeks to provide a good faith basis for a computation of damages sought by Plaintiff in this matter; and

    (b)    The court **DOES NOT CONSIDER** the issue of whether Mr. Jones is entitled to any damages as reflected in the Motion for Damages, which is specifically reserved for future consideration in this matter.

DATED: November 16, 2015