FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2016 JAN 20  AM 11: 58

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No.  15-cv-01488-REB-NYW

MARVIN R. JONES,

      Plaintiff,

v.

SPECIALIZED LOAN SERVICING LLC,
a Delaware limited liability company

      Defendant.

---

## UNOPPOSED MOTION FOR ADMINISTRATIVE CLOSURE

---

    Plaintiff Marvin R. Jones, pro se, moves for administrative closure of this case. In support thereof, Plaintiff states as follows:

    1.    Plaintiff has conferred with counsel for Defendant Specialized Loan Servicing LLC under D.C.Colo.L.Civ.R. 7.1, and Defendant does not oppose this motion.

    2.    Plaintiff requests that this case be administratively closed because I had a stroke on November 3rd, 2015 were the left side of my brain that controlled the right side of my body burned out.  I am temporarily paralyzed on the right of my body and going through rehabilitation and treatment to attempt to regain control of the right side of my body.  I am asking for an administrative closure so I can focus on my rehabilitation and plan on reopening the case at a future date.

Respectfully submitted this _20_ day of January 2016.

                        s/ _____

                        Marvin R. Jones
                        14399 E. Grand Dr. #140
                        Aurora, CO 80015
                        Telephone: 720-690-6626

                        Pro Se Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that on this _20_ day of January, 2016, a true and correct copy of

the foregoing **UNOPPOSED MOTION FOR ADMINISTRATIVE CLOSURE** was filed via

hand delivery and sent via US Mail to the address below:

Jennifer S. Harpole
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
E-mail:      jharpole@littler.com
Attorney for Defendant Specialized Loan Servicing LLC

                        s/ _____

                        Marvin R. Jones


2